UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>               Plaintiff(s),<br>   v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>               Defendant(s). | CASE NO. C26-1502-KKE<br><br>ORDER SETTING ORAL ARGUMENT ON MOTION FOR TEMPORARY RESTRAINING ORDER |

Plaintiff moved for a temporary restraining order requiring United States Citizenship and Immigration Services ("USCIS") to adjudicate her I-765 application for employment authorization by May 20, 2026, when her current immigration status will expire. Dkt. No. 4. Defendants oppose the motion. Dkt. No. 7. The Court will hear oral argument on Plaintiff's motion on May 14, 2026, at 10:00 am in Seattle courtroom 16106.

The parties are DIRECTED to come prepared to discuss the extent to which this case is, or is not, distinct from *Varniab v. Edlow*, No. 25-CV-10602-SVK, 2026 WL 485490 (N.D. Cal. Feb. 20, 2026); *Behdin v. Edlow*, No. 26-CV-00566-SVK, 2026 WL 1031079 (N.D. Cal. Apr. 16, 2026); and *Karimi v. Mullin*, No. 5:26-CV-5049, 2026 WL 1103448 (W.D. Ark. Apr. 23, 2026), in which district courts held, among other things, that USCIS's delay in adjudicating benefits applications based on the same policy memoranda at issue in this case likely constituted unreasonable delay in violation of the Administrative Procedure Act.

Further, at the time Defendants filed their opposition brief, they had "been unable to confirm the facts as represented in Plaintiff's motion." Dkt. No. 7 at 2. Defendants have now had several days to do so and are thus DIRECTED to come prepared to discuss:

(1) The status of Plaintiff's I-765 application, in particular, whether USCIS would be prepared to adjudicate Plaintiff's application but for the administrative hold in place under PM-602-0192 and PM-602-0194, or whether further steps, such as interviews or the submission of evidence, are required;

(2) The time burden of adjudicating a typical I-765 application—in particular, whether Plaintiff is correct that USCIS takes on average 0.22 hours to adjudicate an I-765 application (*see* Dkt. No. 4 at 17 (citing *U.S. Citizenship and Immigration Services Fee Schedule and Changes to Certain Other Immigration Benefit Request Requirements*, 88 Fed. Reg. 402 (proposed Jan. 4, 2023))—and whether there are factors that would lengthen the time needed to adjudicate Plaintiff's application, in particular.

To the extent the parties wish to supplement the record with evidence addressing these or other issues, they are DIRECTED to do so no later than the May 14 hearing.

Dated this 12th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER SETTING ORAL ARGUMENT ON MOTION FOR TEMPORARY RESTRAINING ORDER - 2